■ JAMES R. JACKSON, Appellant, v PRESBYTERY OF SUSQUE-HANNA VALLEY et al., Respondents. [697 NYS2d 26] —Order, Supreme Court, New York County (Franklin Weissberg, J.), entered on or about January 27, 1999, which granted defendants' motion to dismiss the complaint, unanimously affirmed, without costs.

Plaintiff, a Presbyterian minister, claims to have been defamed by statements made by other Presbyterian ministers reflecting adversely upon his fitness to continue serving as a minister. Inasmuch as the statements concerned plaintiff's ministerial qualifications, however, adjudication of the dispute would impermissibly involve the court in matters left by constitutional design for ecclesiastic resolution (*see, Yaggie v Indiana-Kentucky Synod Evangelical Lutheran Church*, 860 F Supp 1194, *affd* 64 F3d 664; *see also, Downs v Roman Catholic Archbishop of Baltimore*, 111 Md App 616, 625-626, 683 A2d 808, 813). Concur—Sullivan, J. P., Tom, Rubin, Saxe and Buckley, JJ. [*See*, 179 Misc 2d 704.]